IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TRAUOVES WATSON                                                                                PLAINTIFF

v.                                           Civil No. 4:17-cv-04108

SERGEANT BYRON GRIFFIE,
Miller County Detention Center (MCDC);
CORPORAL CORNETT, MCDC;
OFFICER BROWN; and OFFICER EDWARDS                                    DEFENDANTS

## **ORDER**

Plaintiff Trauoves Watson filed this case *pro se* pursuant to 42 U.S.C. § 1983. Before the Court is the issue of attempted service on Defendant Officer Edwards.

On December 1, 2017, this Court ordered service on Defendant Edwards at the Miller County Sheriff's Office in accordance with the address provided by Plaintiff in his Complaint. (ECF No. 8). On January 30, 2018, counsel for the Miller County Defendants notified the Court of the last known address for Defendant Edwards under seal. (ECF No. 17). On January 31, 2018, the court attempted to serve Defendant Edwards at his last known address. (ECF No.18). The summons issued to Defendant Edwards was returned unexecuted on February 9, 2018. (ECF No. 25). Service was attempted a third time and was once again returned unexecuted because the summons was "unclaimed USPO returned". (ECF No. 26).

It is Plaintiff's responsibility to provide the Court with an address for proper service on all Defendants. *See Lee v. Armontrout,* 991 F.2d 487, 489 (8th Cir. 1993) (plaintiffs proceeding *in forma pauperis* are responsible for providing defendants' addresses). Plaintiff has failed to provide an address for service on Defendant Edwards.

**Accordingly, the Clerk is DIRECTED to terminate Officer Edwards as a Defendant in this lawsuit.**

**IT IS SO ORDERED** this **13th day of June 2018**.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE